UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH ANDERSON,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF BREMERTON,<br><br>               Defendant. | CASE NO. C14-5995RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on United States Magistrate Judge Karen L. Strombom's Report and Recommendation. Dkt. 4. The Court has considered the Report and Recommendation, plaintiff's response, and the file herein.

On December 19, 2014, plaintiff filed a civil complaint and an application to proceed *in forma pauperis*. Dkt. 1. On December 22, 2014, the Court notified plaintiff of the deficiencies in plaintiff's complaint and warned plaintiff that the case may dismissed if plaintiff fails to correct noted deficiencies. Dkt. 2.

In response, on January 21, 2015, plaintiff filed a motion to voluntarily dismiss this case without prejudice. Dkt. 3.

ORDER ADOPTING REPORT AND
RECOMMENDATION- 1

1  Magistrate Judge Strombom recommends that the Court grant plaintiff's motion and
2  dismiss this case without prejudice. Dkt. 4. On February 18, 2015, plaintiff filed a response,
3  confirming his desire to dismiss this case without prejudice. Dkt. 5. Accordingly, the Court
4  should adopt Judge Strombom's Report and Recommendation and dismiss this case without
5  prejudice.

6  The Court, having reviewed Magistrate Judge Karen L. Strombom's Report and
7  Recommendation, and the remaining record, does hereby **ORDER**:

8  (1) The Court **ADOPTS** the Report and Recommendation (Dkt. 4).

9  (2) Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the Court grants plaintiff's motion to
10  voluntarily dismiss this action without prejudice.

11  (3) This case is **DISMISSED** without prejudice.

12  (4) The Clerk shall direct copies of this Order to all counsel and to Magistrate Judge
13  Strombom.

14  Dated this 23rd day of February, 2015.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION- 2